DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHEL JACOBSON** and **MIRIAM JACOBSON,**
Appellants,

v.

Estate of **LARRY WEIN,**
Appellee.

No. 4D2024-0346

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2022-CP-002957-XXXX-NB.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellants.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***